# ELECTRONIC RECORD

039-15
040-15
041-15

COA # 14-13-00149-CR

OFFENSE: Attempted Capital Murder

STYLE: Larrlyon Deshun Williams v The State of Texas

COUNTY: Fort Bend

COA DISPOSITION: Affirmed

TRIAL COURT: 240th District Court

DATE: November 25, 2014   Publish: Yes

TC CASE #:10-DCR-054995A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Larrlyon Deshun Williams v The State of Texas

CCA # _____

039-15, 040-15, 041-15

__APPELLANT'S__   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: _____

_REFUSED_

DATE: _____

DATE: 02/25/2015

JUDGE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

-----------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**